UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:15-CR-46 RLM |
| | ) | |
| DARRELL L. DUNCAN | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on August 4, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 15], ACCEPTS defendant Darrell Duncan's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(e).

SO ORDERED.

ENTERED:   August 26, 2015

     /s/ Robert L. Miller, Jr.
     Judge, United States District Court
     Northern District of Indiana